UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and the STATE OF TEXAS, *ex rel.* MICHAEL REHFELDT and LANDRIS JOHNSON, <br><br>Plaintiffs,<br><br>v.<br><br>HEART TO HEART OF TEXAS, LLC, dba HEART TO HEART HOSPICE,<br><br>Defendant. | § § § § § § § § § § § § § § § | 14-CV-1688-H<br>Judge Vanessa Gilmore<br><br><br><br>FILED *EX PARTE*<br>AND UNDER SEAL<br><br><br>Jury Demanded |

## **GOVERNMENT'S JOINT NOTICE OF ELECTION TO DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and the Texas Medicaid Fraud Prevention Act, Tex. Hum. Res. Code § 36.104(a)(2), the United States and the State of Texas (Texas) notify the Court of their decision not to intervene in this action.

Although the United States and Texas decline to intervene, they respectfully refer the Court to 3l U.S.C. § 3730(b)(1) and Tex. Hum. Res. Code §§ 36.102(e), .104(b), which allow the relators to maintain the action in the name of the United

States and Texas; providing, however, that the "action may be dismissed only if the court and the United States Attorney General and the Texas Attorney General give written consent to the dismissal." *Id*. Therefore, the United States and Texas request that, should either the relators or defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of both the United States and Texas before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3) and Tex. Hum. Res. Code § 36.104(b-1), the United States and Texas request that all pleadings filed in this action be served upon them; the United States and Texas also request that orders issued by the Court be sent to their respective counsel. The United States and Texas reserve their right to order any deposition transcripts, to intervene in this action, for good cause at a later date, and to seek the dismissal of the relators' action or claims. The United States and Texas also request that each be served with all notices of appeal.

Finally, the United States and Texas request that the relators' first amended complaint, this notice, and the attached proposed order be unsealed. The United States and Texas request that all other papers on file in this action remain under seal, because in discussing the content and extent of its investigation, the United States and Texas provide such papers by law to the Court alone for the sole

purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

        Respectfully submitted,

        JENNIFER B. LOWERY
        ACTING UNITED STATES ATTORNEY

By:   /s/Melissa M. Green
        ANDREW A. BOBB
        Assistant United States Attorney
        SBOT No. 02530350
        Fed. Bar Id. 9041
        Tel.: (713) 567-9766
        Email: Andrew.Bobb@usdoj.gov

        MELISSA M. GREEN
        Assistant United States Attorney
        Texas Bar No. 24097419
        SDTX Bar No. 2982744
        Tel.: (713) 567-9519
        Email: Melissa.Green@usdoj.gov
        1000 Louisiana, Suite #2300
        Houston, Texas 77002

        COUNSEL FOR THE UNITED STATES
        OF AMERICA


        KEN PAXTON
        Attorney General of Texas

        BRENT WEBSTER
        First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

RAYMOND CHARLES WINTER
Chief, Civil Medicaid Fraud Division

*/s/ Robert Savage*
ROBERT S. SAVAGE
Assistant Attorney General
State Bar No. 24106808
(512) 936-1446 direct dial
Robert.Savage@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
CIVIL MEDICAID FRAUD DIVISION
MC 056-1
P.O. BOX 12548
AUSTIN, TEXAS 78711-2548
(512) 499-0712 FAX

COUNSEL FOR THE STATE OF TEXAS

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Government's Joint Notice of Election to Decline Intervention and accompanying Order were served by e-mail, on November 12, 2021, to:

>Elliott Walthall
>402 Office Park Drive, Ste 270
>Birmingham, Alabama 35223
>Elliott@frohsinbarger.com

>Jim Barger Jr
>100 Main Street
>St. Simons Island, GA 31522
>Jim@frohsinbarger.com

>Attorneys for Plaintiffs/Relators

>/s/Melissa M. Green
>MELISSA M. GREEN
>Assistant United States Attorney